BEFORE THE FIRST DIVISION, JANUARY 2, 1942

No. 46763.—Petition 6168–R of Kresge Department Store (New York).

Opinion by OLIVER, P. J. From the testimony the court was satisfied that the entry of the merchandise at a less value than that found upon final appraisement

was without any intention to defraud the revenue of the United States or to deceive the appraiser as to the value. The petition was therefore granted.